**Exhibit A to the Complaint**

**Location:** Cranford, NJ  
**Total Works Infringed:** 65  
**IP Address:** 100.1.129.224  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 5E21C2EA70E552AFBB112D2989475BBAF130BA7A | Blacked | 11/22/2017 04:08:07 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 2 | 0039671F2DA45FD91E526E1E487C279EFE4C3B4B | Vixen | 11/02/2017 10:56:25 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 3 | 0353EDB69941528536E11A493F548BF96A245B01 | Blacked | 10/10/2017 19:01:29 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 4 | 06E7F8EA128D13A9DE971A1F9ABF96BFED81099C | Blacked | 07/11/2017 00:12:19 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 5 | 082B098EB6C02A9651EB59499DF87629E020B6F0 | Vixen | 06/02/2017 13:17:23 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 6 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | Tushy | 05/07/2017 12:20:06 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 7 | 0AE0E548847518EF527613864E673907A09375DA | Blacked | 08/15/2017 23:08:23 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 8 | 0B8D2A0A0F38ADDA5C2D51A20E09C1E444C6F8D7 | Tushy | 12/07/2017 03:30:27 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 9 | 0C2D2AF909E34FDBC87E8C0E4DE38D6A0F2428A4 | Vixen | 05/11/2017 00:50:38 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 10 | 1837743032E8FF1076DCF1224CFFAD9747357DD5 | Vixen | 09/20/2017 03:28:21 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 11 | 184B8A194FF76CBEBE262D8E6707332BF680F61E | Vixen | 08/19/2017 13:56:36 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 12 | 19A7EE504CC36782EBB64FBBBB40981A2317BAE9 | Tushy | 09/03/2017 17:45:03 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 13 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | Blacked | 05/16/2017 01:30:50 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 14 | 1E4EF21C566AECFD1975CB5E4C2B51CA99158139 | Vixen | 11/16/2017 13:36:15 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 15 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 05/20/2017 04:20:36 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 16 | 24E5324FC69EB1C5432A0A5D6DD27589A33B7F75 | Vixen | 11/06/2017 01:31:09 | 11/05/2017 | 11/15/2017 | 16016503631 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 27340CAA2DE3C9A1F28DD11D2859C9478573CC6C | Blacked | 09/20/2017 03:24:44 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 18 | 29364C93B05152B666A2E17698A9F1711C4CC2DE | Blacked | 08/07/2017 22:44:01 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 19 | 2BAFA0F284141502661FCC82E9E47F077151986A | Blacked | 07/26/2017 00:17:56 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 20 | 3464D5E88CAC88C2971DD47C49D8C9B7248D9DF7 | Blacked | 06/15/2017 02:02:29 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 21 | 37D26E86627338D789208A53564660733722E219 | Blacked | 10/12/2017 21:17:03 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 22 | 3D755D271DA17DC94A5B1D214E9DACEF7ECD36B8 | Blacked | 10/10/2017 19:03:17 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 23 | 4026ED9D8839083F8D88CFDB9FF8E48DD6FE13C9 | Vixen | 06/20/2017 22:53:10 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 24 | 42B79D3B0D6B7AC9B9E2F7FA9CD15DFC9A19F9CB | Tushy | 06/11/2017 12:26:29 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 25 | 49A5FC4295E3428C230F9C6A53D15CEE723920C3 | Vixen | 05/16/2017 01:31:14 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 26 | 49EDE7C71456EEFFD7FF180AA7393A4CDF9F49B0 | Vixen | 07/09/2017 14:05:00 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 27 | 582EBEFE82543BE2E60B222DF71AB7E27474C8F9 | Blacked | 08/25/2017 20:22:36 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 28 | 601F296B10255380703ECF532DF2F0E5ED1A3514 | Tushy | 05/18/2017 02:12:13 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 29 | 61C89629BC6D4CFA993E3E0AADC7C4F6BF767C84 | Vixen | 09/21/2017 23:55:06 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 30 | 634E5FC316C5903D29223CE413CB5EE5BD10BCCD | Blacked | 07/06/2017 11:45:38 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 31 | 63DA1437C740F8D02950C455C3B3D19D6EEF11B9 | Tushy | 10/10/2017 20:18:35 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 32 | 6A07E3560F6A409F137D1B841106418B0F34CA66 | Vixen | 07/19/2017 04:18:55 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 33 | 6B063B9DF519D1A47C6C55D9273F5C0D995004E4 | Blacked | 11/16/2017 18:21:13 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 34 | 6F13F2189323B59D63B36858B2BEED788F60DE68 | Tushy | 06/02/2017 13:07:47 | 05/31/2017 | 06/22/2017 | PA0002039299 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 7961736EE22D5E7511C35C2629E5EB3F719442CE | Vixen | 09/14/2017 06:50:31 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 36 | 820DAA338EBA92FEDA63F639BBE546DB7DACCE4F | Vixen | 12/05/2017 20:53:02 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 37 | 88F4E42490AE9FC50683218ABBB2870B3741752A | Vixen | 05/24/2017 21:59:01 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 38 | 8D1B1A63081E7830E2D5AAE52EDB282BD9B621D6 | Blacked | 05/11/2017 01:15:46 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 39 | 928CFB3DC3B00CD2350C1C89D11223875D164FE1 | Tushy | 09/23/2017 14:41:59 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 40 | 967D96EC4FC6D9EEA8FA50CECA3B26410EE97DA9 | Blacked | 12/05/2017 20:47:42 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 41 | 97D21843A5918BE452415605DBC5BD570FAB0FC9 | Tushy | 08/01/2017 12:43:01 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 42 | 9A12B8AF2A2CDC88BCED765D75F02606FB8C97B9 | Vixen | 10/06/2017 19:40:35 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 43 | 9FAC5B8C0E39AE67B4063D844A06BE3CB5C38A9A | Blacked | 10/28/2017 13:29:18 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 44 | A031595F076A2C7148827A04F9C8EE2D1A39B47F | Vixen | 06/28/2017 20:45:05 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 45 | A54CCE5BADDDE3532E2E3FF3C533F32651B4CCAD | Vixen | 07/06/2017 11:44:42 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 46 | ADE97644B0D3DA59330DA9267A83E614A8F0F79C | Tushy | 05/12/2017 22:15:53 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 47 | AFE953F2B8F4A712907C95D82DB5CFCC142305C1 | Blacked | 08/11/2017 19:16:57 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 48 | B30DC4F0473F59A2487E4A768A0987B71D0CC606 | Vixen | 10/04/2017 22:47:13 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 49 | B316B3BAB0A6994EA837FCE8AE960C2DB2A0E275 | Blacked | 06/01/2017 12:12:24 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 50 | B9435C0AF3A217983CC46775F006F9438187E556 | Tushy | 11/21/2017 05:00:28 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 51 | BA31AEC87624CC3A92FA480693639D473A897399 | Vixen | 06/08/2017 22:20:53 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 52 | C206E725714C31A5C6E581575AFEA46BA2795975 | Tushy | 09/01/2017 12:48:48 | 08/29/2017 | 09/07/2017 | 15894022439 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | C20B4825620126A20F8C30B5645C7211D6C0AE4B | Vixen | 09/26/2017 23:06:04 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 54 | C7B858AB5E343142B4EF7CFC7F7D1A35472B739A | Vixen | 08/07/2017 23:04:27 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 55 | CE2C0C8E5877CFB29830A7F3080D6FCE8A680789 | Tushy | 09/23/2017 12:58:11 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 56 | CEA3DE1C482C69BBA1178E901056392A43D05BA4 | Blacked | 12/07/2017 03:32:24 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 57 | D1B4AC4F3633A5A947A524536218973F5A8EAB30 | Vixen | 08/30/2017 18:22:55 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 58 | DADCA2A14B7738E58478AD9858F20D4FEC0A54EC | Vixen | 06/13/2017 23:06:23 | 06/13/2017 | 07/06/2017 | 15584691589 |
| 59 | DD5807A9946BE105E918EEAA5B796E9B449BF1A7 | Tushy | 06/06/2017 22:18:37 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 60 | DDF08C7126CBE898C118E0EEC290C1697E47702F | Tushy | 06/20/2017 22:56:25 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 61 | E4703EF87787F8A810E51679095C9ADD77D8AD40 | Vixen | 11/22/2017 04:46:32 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 62 | E963FDAFC6F49DDDBAF50E8743C33C8435A7280E | Blacked | 11/16/2017 18:21:55 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 63 | EA99D45182AD4D448344FA35AADAD2A21AE72ED8 | Blacked | 08/20/2017 15:29:50 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 64 | ED9C99D3FF0A71B8DD1A31969541B63FB158589F | Blacked | 06/10/2017 12:44:33 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 65 | FD2F60A4980CF32CD2678C3F7967AFC1192FFF55 | Vixen | 09/02/2017 13:19:17 | 09/01/2017 | 09/07/2017 | PA0002052845 |