| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: <br> EFFECTED (1) BY ME: <br> TITLE: | SUMMONS, FIRST AMENDED COMPLAINT, CERTIFICATIONS, EXHIBIT, CIVIL COVER SHEET <br> DOMENICO SERVIDIO <br> PROCESS SERVER <br> DATE: **5/11/2018 1:50:48 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

JOSEPH ADONA

Place where served:

440 N UNION AVENUE   CRANFORD   NJ   07016

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOSEPH ADONA

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: BEARD-GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5 / 14 / 20 18        _____ L.S.

SIGNATURE OF DOMENICO SERVIDIO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROSEMARY RAMOS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 25, 2018

**Attempts**
5/11/2018 10:10:20 AM

ATTORNEY:      JOHN C. ATKIN, ESQ.
PLAINTIFF:     STRIKE 3 HOLDINGS, LLC,
DEFENDANT:  JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 100.1.129.224, ET AL
VENUE:          DISTRICT
DOCKET:        2 18 CV 00922 SDW LDW
COMMENT: