**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:    John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSEPH ADONA,<br><br>            Defendant. | Case No. 2:18-cv-00922-SDW-LDW<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)** |

**TO:**   Clerk
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Joseph Adona
440 N. Union Avenue
Cranford, NJ 07016

Please enter on the docket a default against Defendant Joseph Adona pursuant to Federal Rule of Civil Procedure 55(a) for failure to answer or otherwise plead in response to the First Amended Complaint.

**FOX ROTHSCHILD LLP**

DATED: June 13, 2018         /s/ *John C. Atkin, Esq.*
                                              JOHN C. ATKIN