**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:     John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                        Plaintiff,<br><br>           v.<br><br>JOSEPH ADONA,<br><br>                        Defendant. | Case No. 2:18-cv-00922-SDW-LDW<br><br>**CERTIFICATION OF JOHN C. ATKIN IN SUPPORT OF ENTRY OF DEFAULT** |

John C. Atkin, Esq., of full age and on personal knowledge, hereby certifies as follows:

1.      I am an attorney-at-law in the State of New Jersey and am associated with the law firm of Fox Rothschild LLP, counsel for Strike 3 Holdings, LLC ("Plaintiff") in the above-captioned matter.  I make this certification based on personal knowledge in support of Plaintiff's request for the entry of default pursuant to Federal Rule of Civil Procedure 55(a).

2.      On May 11, 2018, Plaintiff served its First Amended Complaint on Defendant Joseph Adona ("Defendant"). [ECF No. 13].

3.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to respond to the First Amended Complaint on or before June 1, 2015.

4.      To date, Defendant has not responded to the First Amended Complaint and has not sought an extension of the response deadline.

5.        On June 13, 2018, I served a copy of this Certification and the Request for Entry of Default on Defendant via Federal Express and First Class Mail at the following address:

>Joseph Adona
>440 N. Union Avenue
>Cranford, NJ 07016

6.        I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

**FOX ROTHSCHILD LLP**

DATED: June 13, 2018            /s/ *John C. Atkin, Esq.*
                                JOHN C. ATKIN

**Error! Unknown document property name.**   2