UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
email: LFarber@LFarberLaw.com
Attorneys for Defendant

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** | Hon. Susan D. Wigenton, U.S.D.J. |
| *Plaintiff,* | Case No. 2:18-cv-00922-SDW-LDW |
| vs. | CIVIL ACTION |
| **JOSEPH ADONA**, | Document Filed Electronically |
| *Defendant.* | |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Defendant Joseph Adona.


Dated: June 18, 2018                           /s/ Leslie A. Farber
                                               Leslie A. Farber
                                               email: LFarber@LFarberLaw.com