Re: NEW *Motion for Default filed * NJ 2:18-cv-00922-SDW-LDW NJD1049

Jeffrey Antonelli

Mon 6/18/2018 9:40 AM

To: Bandlow, Lincoln <lbandlow@foxrothschild.com>;

Cc: Atkin, John C. <jatkin@foxrothschild.com>; Leslie A. Farber <lfarber@lfarberlaw.com>; Katrina Harris <Katrina@antonelli-law.com>;

Messrs. Atkin and Bandlow,

We will be filing an objection/reply to your request for default along with a request for an extension of time to plead in the above matter.

Please advise if you consent to both of the above.

Thank you.

Jeffrey Antonelli
Antonelli Law Ltd.
35 East Wacker Drive
Suite 1875
Chicago, IL 60601

Tel 312-201-8310

NEW *Motion for Default filed * NJ 2:18-cv-00922-SDW-LDW

Jeffrey Antonelli

Fri 6/15/2018 12:05 PM

To: Bandlow, Lincoln <lbandlow@foxrothschild.com>; jatkin@foxrothschild.com <jatkin@foxrothschild.com>;

Cc: Katrina Harris <Katrina@antonelli-law.com>;

Importance: High

Dear Lincoln and John,

The defendant Joseph Adona on the above matter just retained me. He advises he just received a motion for default, and also advises that he was NOT in fact served with any summons.

We'd like to try to resolve this without filing a motion to quash summons, etc. Frankly I'm not sure how to protect my new client without doing so. If you know a way please advise.

Please provide your client's initial settlement demand.

Thank you.

Jeffrey Antonelli

Antonelli Law Ltd.
35 East Wacker Drive
Suite 1875
Chicago, IL 60601

Tel 312-201-8310
Follow me @Antonelli_Law
www.linkedin.com/in/jeffrey-antonelli
Antonelli-Law.com
Practice concentrated in drone/UAS, complex civil litigation, and business advice