**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:  John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ADONA,<br><br>Defendant. | Case No. 2:18-cv-00922-SDW-LDW<br><br>**NOTICE OF WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT** |

**TO:**  Clerk
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Please take notice that Plaintiff's Notice of Request for Entry of Default [ECF No. 14] is hereby withdrawn because the parties have agreed to a fourteen (14) day extension, to July 5, 2018, for Defendant Joseph Adona to file an Answer to the Amended Complaint.

**FOX ROTHSCHILD LLP**

DATED: June 21, 2018      /s/ *John C. Atkin, Esq.*
                                                JOHN C. ATKIN